UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:21-CV-00161-DJH-LLK

KENNETH WALKER, III                                                                                    PLAINTIFF

v.

LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, *et al.*          DEFENDANTS

## ORDER

Judge David J. Hale referred this matter to U.S. Magistrate Judge Lanny King for resolution of all litigation planning issues, entry of scheduling orders, consideration of amendments thereto, and resolution of all non-dispositive matters, including discovery issues. [DN 45].

On December 6, 2021 a call was held with all parties attending. [DN 46]. Accordingly,

**IT IS HEREBY ORDERED:**

1. The Telephonic Rule 16 Scheduling Conference is **RESCHEDULED** for February 14, 2022 at 9:30 a.m. C.T., 10:30 a.m. E.T.

2. Discovery is **STAYED** until the entry of a scheduling order. The Court declines to enter a scheduling order until resolution of the pending dispositive motions.

**IT IS SO ORDERED.**
December 7, 2021

Lanny King, Magistrate Judge
United States District Court

c:     Counsel of Record
p:     0.19

1