## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CASE NO. 3:21-CV-161-DJH

*Electronically Filed*

| | |
|---|---|
| KENNETH WALKER, III,<br><br>　　　Plaintiff,<br><br>v.<br><br>LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et. al.<br><br>　　　Defendants. | Case No. 3:21-CV-161-DJH-LLK |

## JOINT MOTION TO STAY
## DISCOVERY AND DEADLINES FOR THIRTY (30) DAYS

Plaintiff and Defendants (collectively "the Parties") do hereby jointly move the Court to stay this case for a period of thirty (30) days. The parties have been in communication and are working in good faith to globally resolve this case and the case pending in Jefferson Circuit Court.

In support of this Motion, a brief stay of discovery will allow for continued settlement discussions while pausing the continued expenditure of resources in litigation. It is the parties' joint expectation that the sought after stay is long enough to allow for further discussions and, if appropriate, the scheduling of a mediation conference. Specifically, the parties have agreed to confer on or before October 17, 2022 to determine whether or not to proceed with mediation. The deadline for scheduling mediation will be October 24, 2022, which will take place thereafter at the earliest convenience of all parties and the mediator. If the parties decide to move forward with mediation, the parties will request that the case be stayed pending the results of the mediation.

Accordingly, the Parties ask that the Court continue the status conference set for October 11, 2022, and stay all deadlines for a period of thirty days. Should the Court grant the sought after stay then the Parties suggest that they could file a joint status report on or before November 11, 2022 advising the Court of the status of the Parties' negotiations, and whether additional time is sought to resolve this case or if the Parties intend to continue with discovery.

A proposed order is attached hereto.

Respectfully Submitted,

/s/ *William H. Brammell, Jr. (with permission)*
Kent Wicker
William H. Brammell, Jr.
Kayla M. Campbell
Dressman Benzinger Lavelle psc
321 West Main Street, Suite 2100
Louisville, KY 40202

*Counsel for Sgt. Mattingly and Det. Cosgrove*

/s/ *Kristie B. Walker*
Michael O'Connell
Kristie B. Walker
Office of the County Attorney
First Trust Centre
200 S. Fifth Street, Suite 300N
Louisville, KY  40202

*Counsel for Counsel for Louisville/Jefferson County Metro Government, Major Burbrink, Sergeant Phan, Officer Campbell, Detective Nobles, Lieutenant Hoover, Detective James, and Lieutenant Huckleberry*

/s/ *James P. Dilbeck (with permission)*
James P. Dilbeck
Jace Martin
8005 Lyndon Centre Way, Suite 201
Louisville, Kentucky 40222

/s/ *Matthew A. Piekarski (with permission)*
Matthew A. Piekarski
Katherine T. Watts
PHILLIPS PARKER ORBERSON &
ARTNETT, PLC
716 West Main Street, Suite 300
Louisville, Kentucky 40202

*Counsel for Brett Hankison*

/s/ *Frederick W. Moore, III (with permission)*
Frederick W. Moore, III
H. Philip Grossman
Abigale Rhodes Green
GROSSMAN GREEN PLLC
2000 Warrington Way, Suite 170
Louisville, KY 40222

Donald B. Verrilli, Jr.
Ruby J. Garrett
Dahlia Mignouna
Brendan B. Gants
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW Suite 500 E
Washington, DC 20001

Jacob S. Kreilkamp
Robyn K. Bacon
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue 50th Floor
Los Angeles, CA 90071

| | |
|---|---|
| Clifford M. Sloan<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue NW<br>Washington, DC  20001 | /s/ *Bradley R. Palmer* (with permission)<br>Bradley R. Palmer<br>Ken Bohnert<br>CONLIFFE, SANDMANN & SULLIVAN, PLLC<br>325 W. Main Street, Unit 2000<br>Louisville, KY 40202<br>Ph: (502) 587-7711<br>*Counsel for Defendant Kyle Meany* |
| Steven R. Romines<br>ROMINES WEIS & YOUNG PSC<br>600 West Main Street, Suite 100<br>Louisville, KY 40202<br><br>*Attorneys for Plaintiff Kenneth Walker III* | /s/ *Joey Klausing* (with permission)<br>Joseph C. Klausing<br>O'Bryan, Brown & Toner, PLLC<br>401 S. Fourth Street, Suite 2200<br>Louisville, KY 40202<br>*Counsel for Kelly Goodlett* |

Certificate of Service

I hereby certify that a copy of the foregoing has been served upon all parties by electronic filing this 5th day of October, 2022.

> */s/ Kristie B. Walker.*
> Kristie B. Walker