UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:21-CV-161-DJH

KENNETH WALKER, III,

    Plaintiff,

v.

LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et. al.

    Defendants.

Case No. 3:21-CV-161-DJH-LLK

---

### ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY DISCOVERY AND DEADLINES FOR THIRTY (30) DAYS

Plaintiff and Defendants (collectively "the Parties") have jointly moved the Court to stay this case for a period of thirty (30) days. The Court, being fully informed and sufficiently advised, and for all those reasons identified in the Parties' Joint Motion does hereby GRANT their motion and ORDERS that the case be stayed for thirty (30) days. Further, the parties will confer on or before October 17, 2022 to determine whether or not to proceed with mediation. The deadline for scheduling mediation will be October 24, 2022, which will take place thereafter at the earliest convenience of all parties and the mediator. If the parties decide to move forward with mediation, the case will be stayed pending the results of the mediation.

Furthermore, the status conference set for October 11, 2022 is hereby REMANDED from the Court's docket and the Parties are ORDERED TO file a joint status report on or before November 11, 2022 advising the Court of the status of the Parties' negotiations, and whether additional time is sought to resolve this case or if the Parties intend to continue with discovery.

It is so ORDERED.

October 7, 2022

**Lanny King, Magistrate Judge**
**United States District Court**