# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CASE NO. 3:21-CV-161-DJH-LLK

*Electronically Filed*

| | |
|---|---|
| KENNETH WALKER, III, <br><br> Plaintiff, <br><br> v. <br><br> LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, *et al*. <br><br> Defendants. | Case No. 3:21-CV-161-DJH-LLK |

## JOINT STATUS REPORT

Come now the Plaintiff and Defendants (collectively "the Parties"), by counsel, and submit a joint status report regarding the status of mediation as directed by the Court's October 7, 2022 Order (Doc. 87). The Parties are scheduled for mediation next Monday, November 14, 2022. Following mediation, the Parties will submit a supplemental joint status report to advise the Court of the outcome of the Parties' negotiations.

DATED: November 11, 2022

Respectfully Submitted,

/s/ *William H. Brammell, Jr.*
Kent Wicker
William H. Brammell, Jr.
Kayla M. Campbell
Dressman Benzinger Lavelle psc
321 West Main Street, Suite 2100
Louisville, KY 40202
*Counsel for Sgt. Mattingly and Det. Cosgrove*

/s/ *Kristie B. Walker* (with permission)
Michael O'Connell
Kristie B. Walker
Office of the County Attorney
First Trust Centre
200 S. Fifth Street, Suite 300N
Louisville, KY 40202

*Counsel for Counsel for Louisville/Jefferson County Metro Government, Major Burbrink, Sergeant Phan, Officer Campbell, Detective Nobles, Lieutenant Hoover, Detective James, and Lieutenant Huckleberry*

/s/ *James P. Dilbeck* (with permission)
James P. Dilbeck
Jace Martin
8005 Lyndon Centre Way, Suite 201
Louisville, Kentucky 40222

*Counsel for Josh Jaynes*

/s/ *Matthew A. Piekarski* (with permission)
Matthew A. Piekarski
Katherine T. Watts
PHILLIPS PARKER ORBERSON & ARTNETT, PLC
716 West Main Street, Suite 300
Louisville, Kentucky 40202

*Counsel for Brett Hankison*

/s/ *Frederick W. Moore, III* (with permission)
Frederick W. Moore, III
H. Philip Grossman
Abigale Rhodes Green
GROSSMAN GREEN PLLC
2000 Warrington Way, Suite 170
Louisville, KY 40222

Donald B. Verrilli, Jr.
Ruby J. Garrett
Dahlia Mignouna
Brendan B. Gants
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW Suite 500 E
Washington, DC 20001

Jacob S. Kreilkamp
Robyn K. Bacon
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue 50th Floor
Los Angeles, CA 90071

Clifford M. Sloan
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue NW
Washington, DC 20001

Steven R. Romines
ROMINES WEIS & YOUNG PSC
600 West Main Street, Suite 100
Louisville, KY 40202

*Attorneys for Plaintiff Kenneth Walker III*

/s/ *Bradley R. Palmer* (with permission)
Bradley R. Palmer
Ken Bohnert
CONLIFFE, SANDMANN & SULLIVAN, PLLC
325 W. Main Street, Unit 2000
Louisville, KY 40202

*Counsel for Defendant Kyle Meany*

/s/ *Joey Klausing* (with permission)
Joseph C. Klausing
O'Bryan, Brown & Toner, PLLC
401 S. Fourth Street, Suite 2200
Louisville, KY 40202

*Counsel for Kelly Goodlett*

3

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing has been served upon all parties by electronic filing this 11th day of November, 2022.

<u>/s/ William H. Brammell, Jr.</u>
William H. Brammell, Jr.