UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
Case No. 3:21-cv-00161-DJH-LLK

**KENNETH WALKER, III,**                                                                 **PLAINTIFF,**

v.

**LOUISVILLE/JEFFERSON COUNTY**                         **DEFENDANTS**
**METRO GOVERNMENT,** *et al.*,

**ORDER**

On October 7, 2022, this Court granted the Parties' Joint Motion to stay the case for a period of thirty (30) days while the Parties conferred to determine whether to proceed with mediation by October 17, 2022. (DN 87). The deadline for scheduling the proposed mediation was October 24, 2022. *Id*. If the Parties agreed to move forward with mediation, the case would be stayed pending the results of the mediation. *Id.* This Court ordered the parties to file a joint status report on or before November 11, 2022, advising the Court of the status of the Parties' negotiations and whether the Parties intended to continue with discovery or sought additional time to resolve this case. *Id.*

On November 11, 2022, the Parties timely filed a joint status report. (DN 88). The report noted that the Parties were scheduled for mediation on Monday, November 14, 2022. *Id.* According to the report, the Parties would submit a supplemental joint status report to advise the Court of the outcome of the Parties' negotiations following the November 14, 2022 mediation. *Id.*

**THE PARTIES ARE HEREBY ORDERED** to file a joint status report within thirty (30) days of the entry of the Order.

November 30, 2022

Lanny King, Magistrate Judge
United States District Court