UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
NO. 3:21-CV-161-DJH

KENNETH WALKER III, et al.                                                    PLAINTIFFS

v.              **AGREED ORDER OF VOLUNTARY DISMISSAL**

LOUISVILLE/JEFFERSON COUNTY
METRO GOVERNMENT, et al.                                                    DEFENDANTS

\* \* \* \* \* \* \* \*

Plaintiff, Kenneth Walker, III, has agreed to voluntarily dismiss his claims against Defendants Joshua Jaynes, Brett Hankison, Myles Cosgrove, Jonathan Mattingly, Shawn Hoover, Tony James, Michael Nobles, Michael Campbell, Kelly Goodlett, Kyle Meany, Jerry Huckleberry, Luke Phan, Kimberly Burbrink, and any and all previously named and/or unknown employees of the Louisville Metro Police Department with prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff's claims against the Defendants Joshua Jaynes, Brett Hankison, Myles Cosgrove, Jonathan Mattingly, Shawn Hoover, Tony James, Michael Nobles, Michael Campbell, Kelly Goodlett, Kyle Meany, Jerry Huckleberry, Luke Phan, Kimberly Burbrink, and any and all previously named and/or unknown employees of the Louisville Metro Police Department are hereby DISMISSED with prejudice, and with no payment of settlement sums, nor promises to pay settlement moneys on behalf of the aforementioned individuals. Each party is to bear their own costs. This dismissal shall not impact or otherwise apply to the Plaintiff's claims against Louisville/Jefferson County Metro Government, which will be dismissed by separate pleading.

This is a final and appealable Order with no just cause for delay.

1

_____

Judge David J. Hale
U.S. District Court for the Western District of Kentucky


DATE:_____


*/s/ Kristie B. Walker_____*
Michael O'Connell
Kristie B. Walker
Office of the County Attorney
First Trust Centre
200 S. Fifth Street, Suite 300N
Louisville, KY 40202
Kristie.walker@louisvilleky.com
*Counsel for Defendants*
*Louisville/Jefferson County Metro Government;*
*Officer Michael Campbell; Detective Michael Nobles;*
*Lieutenant Shawn Hoover; and*
*Detective Tony James*

HAVING SEEN AND AGREED:

**/s/** *Frederick W. Moore, III, signed with permission*
Frederick W. Moore, III
H. Philip Grossman
Abigale Rhodes Green
Grossman Green PLLC
2000 Warrington Way, Suite 170
Louisville, KY 40222
fmoore@grossmangreen.com

*/s/ Ruby J. Garett, signed with permission*
Ruby J. Garrett
Donald B. Verrilli, Jr.
Dahlia Mignouna
Brendan B. Gants
Munger, Tolles & Olson LLP
601 Massachusetts Avenue NW Suite 500 E
Washington, DC 20001
ruby.garrett@mto.com

*/s/ Jacob S. Krieilkamp, signed with permission*
Jacob S. Kreilkamp
Robyn K. Bacon
Munger, Tolles & Olson LLP
350 S. Grand Avenue 50th Floor
Los Angeles, CA 90071

*/s/ Clifford M. Sloan, signed with permission*
Clifford M. Sloan
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
Cliff.sloan@georgetown.edu

*/s/ Steven R. Romines, signed with permission*
Steven R. Romines
Romines Weis & Young PSC
600 West Main Street, Suite 100
Louisville, KY 40202
sromines@rominesweisyoung.com
*Counsel for Plaintiff Kenneth Walker III*

*/s/ James P. Dilbeck, Jr., signed with permission*
James P. Dilbeck, Jr.
Jace S. Martin
Dilbeck & Myers
8005 Lyndon Centre Way
Louisville, KY 40202
jay@dilbeckandmyers.com
jmartin@dilbeckandmyers.com
*Counsel for Defendant Joshua Jaynes*

*/s/ Kent Wicker, signed with permission*
Kent Wicker
William H. Brammell, Jr.
Kayla M. Campbell
Dressman Benzinger LaVelle PSC
321 W. Main Street, Suite 2100
Louisville, KY 40202
kwicker@dbllaw.com
bbrammell@dbllaw.com
kcampbell@dbllaw.com
*Counsel for Defendants*
*Detective Myles Cosgrove and*
*Sergeant Jonathon Mattingly*

3

*/s/ Matthew A. Piekarski, signed with permission*
Matthew A. Piekarski
Katherine T. Watts
PHILLIPS PARKER ORBERSON & ARNETT, PLC
716 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 583-9900
*Counsel for Defendant Brett Hankison*


*/s/ Joseph C. Klausing, signed with permission*
Joseph C. Klausing
O'Bryan, Brown & Toner, PLLC
401 S. Fourth Street, Suite 2200
Louisville, KY 40202
502-585-4700
Fax: 502-585-4703
klausingj@obtlaw.com
*Counsel for Kelly Goodlett*


*/s/ Bradley R. Palmer, signed with permission*
Bradley R. Palmer
Ken Bohert
CONLIFFE, SANDMANN & SULLIVAN, PLLC
325 W. Main Street, Unit 2000
Louisville, KY 40202
(502) 587-7711
*Counsel for Defendant Kyle Meany*