UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
NO. 3:21-CV-161-DJH

KENNETH WALKER III, et al. PLAINTIFFS

v. **AGREED ORDER OF DISMISSAL**

LOUISVILLE/JEFFERSON COUNTY
METRO GOVERNMENT, et al. DEFENDANTS

* * * * * * * *

As part of the global settlement, Plaintiff, Kenneth Walker, III has agreed to dismiss his claims against Defendant Louisville/Jefferson County Metro Government, including their heirs, agents, members, assigns, representatives, employees, and successors, including, but not limited to, any named or unnamed Defendants in the Lawsuits; and unknown and unnamed agents, officers and employees of the Louisville Metro Police Department, pursuant to terms agreed upon by the parties.

**IT IS HEREBY ORDERED** that the Plaintiff's claims against the Defendants Louisville/Jefferson County Metro Government, and any and all unknown employees of the Louisville Metro Police Department are hereby **DISMISSED WITH PREJUDICE.** Each party is to bear their own costs. The entire action is hereby dismissed.

This is a final and appealable Order with no just cause for delay.

________________________________________
Judge David J. Hale
U.S. District Court for the Western District of Kentucky

*/s/ Kristie B. Walker*
Michael O'Connell
Kristie B. Walker
Office of the County Attorney
First Trust Centre
200 S. Fifth Street, Suite 300N
Louisville, KY 40202
Kristie.walker@louisvilleky.com
*Counsel for Defendants*
*Louisville/Jefferson County Metro Government;*
*Officer Michael Campbell; Detective Michael Nobles;*
*Lieutenant Shawn Hoover; and*
*Detective Tony James*

HAVING SEEN AND AGREED:

*/s/ Frederick W. Moore, signed with permission*
Frederick W. Moore, III
H. Philip Grossman
Abigale Rhodes Green
Grossman Green PLLC
2000 Warrington Way, Suite 170
Louisville, KY 40222
fmoore@grossmangreen.com

*/s/ Ruby J. Garrett, signed with permission*
Ruby J. Garrett
Donald B. Verrilli, Jr.
Dahlia Mignouna
Brendan B. Gants
Munger, Tolles & Olson LLP
601 Massachusetts Avenue NW Suite 500 E
Washington, DC 20001
ruby.garrett@mto.com

*/s/ Jacob S. Krielkamp, signed with permission*
Jacob S. Kreilkamp
Robyn K. Bacon
Munger, Tolles & Olson LLP
350 S. Grand Avenue 50th Floor
Los Angeles, CA 90071

*/s/ Clifford M. Sloan, signed with permission*
Clifford M. Sloan
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
Cliff.sloan@georgetown.edu

*/s/ Steven R. Romines, signed with permission*
Steven R. Romines
Romines Weis & Young PSC
600 West Main Street, Suite 100
Louisville, KY 40202
sromines@rominesweisyoung.com
*Counsel for Plaintiff Kenneth Walker III*

*/s/ James P. Dilbeck, Jr., signed with permission*
James P. Dilbeck, Jr.
Jace S. Martin
Dilbeck & Myers
8005 Lyndon Centre Way
Louisville, KY 40202
jay@dilbeckandmyers.com
jmartin@dilbeckandmyers.com
*Counsel for Defendant Joshua Jaynes*

*/s/ Kent Wicker, signed with permission*
Kent Wicker
William H. Brammell, Jr.
Kayla M. Campbell
Dressman Benzinger LaVelle PSC
321 W. Main Street, Suite 2100
Louisville, KY 40202
kwicker@dbllaw.com
bbrammell@dbllaw.com
kcampbell@dbllaw.com
*Counsel for Defendants*
*Detective Myles Cosgrove and*
*Sergeant Jonathon Mattingly*

*/s/ Matthew A. Piekarski, signed with permission*
Matthew A. Piekarski
Katherine T. Watts
PHILLIPS PARKER ORBERSON & ARNETT, PLC
716 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 583-9900
*Counsel for Defendant Brett Hankison*

*/s/ Joseph C. Klausing, signed with permission*
Joseph C. Klausing
O'Bryan, Brown & Toner, PLLC
401 S. Fourth Street, Suite 2200
Louisville, KY 40202
502-585-4700
Fax: 502-585-4703
klausingj@obtlaw.com
*Counsel for Defendant Kelly Goodlett*

*/s/ Bradley R. Palmer, signed with permission*
Bradley R. Palmer
Ken Bohnert
CONLIFFE, SANDMANN & SULLIVAN, PLLC
325 W. Main Street, Unit 2000
Louisville, KY 40202
(502) 587-7711
*Counsel for Defendant Kyle Meany*