UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KENNETH WALKER, III,                                                                                         Plaintiff,

v.                                                                                    Civil Action No. 3:21-cv-161-DJH-LLK

LOUISVILLE/JEFFERSON COUNTY
METRO GOVERNMENT et al.,                                                                                 Defendants.

\* \* \* \* \*

### ORDER

The parties having filed stipulations of dismissal with prejudice as to all remaining claims in this matter (Docket No. 91; D.N. 92), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** with prejudice and is **STRICKEN** from the Court's active docket.